UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK E. LEE, | No. 2:13-cv-2511 JAM AC |
| Plaintiff, | |
| v. | ORDER |
| NATIONSTAR MORTGAGE, ET AL., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On January 13, 2014, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.[1]  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 13, 2014, are adopted in full; and

---

[1] This order was re-served on plaintiff on February 7, 2014 following his filing of a Notice of Change of Address.  See ECF No. 7.

1

2. Defendant's motion to dismiss (ECF No. 3) is granted in part;

3. Plaintiff's federal claim is dismissed without leave to amend; and

4. Plaintiff's remaining state law claims are dismissed without prejudice to the re-filing of an action in state court.

DATED: June 4, 2014

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE